UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

Gary Emerson West                    )
                                     )
          v.                         )        Case: 1:18-cv-02443    Jury Demand
                                     )        Assigned To : Unassigned
Ellen Segal Huevell,                 )        Assign. Date : 10/3/2018
Ronald L. Walutes,                   )        Description: Pro Se Gen. Civil    F Deck
Laura Ingersoll,                     )
Gene Johnson.                        )
                                     )

## COMPLAINT

1.   Ellen Segal Huevell denied West a hearing to withdraw his plea and sent
West to the jail. Noted: West withdrew his plea in a handwritten note and sent
it to Marshall Leroy Hill, and he took it to the judge in less than 30 seconds,
yet Huevell refused to take it from the Marshall Hill, so Marshall Hill gave
it back to West and told him to mail it back to Judge Huevell.

2.   West filed a Writ of Mandamus to the District Court of Appeals and the
Court of Appeals ruled on his Writ and ordered Huevell to have a hearing on
his motion to withdraw his plea.

3.   Huevell denied West's motion to withdraw his plea and moved to sentence
West. On the day of sentencing the government (Ronald L. Walutes, Jr.) lied
and stated that the government's witness (Dennis L. Roie) was dead and he
showed a death certificate stating that Mr. Roie had died from multiple gun
shots to the head.

4. Judge Ellen Segal Huevell quashed the arrest warrant on Dennis L. Roie
because the government proved he was dead.

5.   West and his co-defendant took a wire plea which would have given the
defendants two years, but Judge Huevell changed her mind and ~~gave the~~

1 of 3

RECEIVED

OCT - 3 2018

Clerk, U.S. District and
Bankruptcy Courts

## COMPLAINT (Cont'd)

defendants minimal sentences -- two years of probation for Lehman and two years of imprisonment for Yates. However, she gave West 27 years of imprisonment for the body of Dennis L. Roie.

6.   Four years later, the dead was found alive: Dennis L. Roie was up and walking around, very much not dead. Judge Huevell sentenced Dennis L. Roie to 80 months of imprisonment because of his involvement in the crime.

7. Judge Huevell did not bring West back to correct his sentence even though he only received as much time as he did because the government lied and presented a fake death certificate for Dennis L. Roie.

8. Ronald L. Walutes, Jr. misled Judge Huevell and showed her a fake death certificate so that West would receive more time.

9. Laura Ingersoll took over the case and was fully aware that Dennis L. Roie was alive, but she did not bring that information to Judge Huevell's attention.

10. Gene Johnson misled me by showing me a fake death certificate with Dennis L. Roie's name on it and he also lied to me and told me that I would only get 2 years' imprisonment by taking the plea offered to me. He lied about meeting my Probation Officer Brian McGill and stated that my probation officer did not know my whereabouts.

11. During all the robberies, the appeal revealed that West was at his probation officer's office, and West gave an affidavit to Larry Brown stating that he had no visit from Gene Johnson.

WHEREFORE, I am requesting relief: termination of my sentence and a jury trial to sue for my losses.

I certify that the foregoing Complaint is true and correct and that I placed it in the prison mailbox on _____ and addressed it to the Clerk of the Court for the District Court for the District of Columbia.

If in forma pauperis status is granted, the following defendants must be served:

Ellen Segal Huevell
333 Constitution Ave NW
Washington, DC 20001

Gene Johnson
640 Oleans Place SE
Washington, DC 20002

Ronald L. Walutes, Jr.
555 4th Street NW
Washington, DC 20001

Laura Ingersoll
555 4th Street NW
Washington, DC 20001

Signed: _Gary Emerson West_
Gary Emerson West

Date: _8/18/18_

_Without prejudice_

Exhibit ( )

# AFFIDAVIT OF TRUTH

STATE OF NORTH CAROLINA )
                             ) Scilicet
COUNTY OF _____ )

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (affidavits) is necessary to make
the prima facie case." UNITED STATES v. KIS, 658 F.
2d 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.
2169; S. Ct. March 22, 1982.

Now comes the Affiant, Gary Emerson West, a sentient, living, flesh-and-blood man, a citizen of the
united States and the DISTRICT OF COLUMBIA, over the age of twenty-one (21) years, competent
to state the matters included herein this declaration, has knowledge of the facts, affirms, deposes, and
declares, by my blue ink signature and under penalty of perjury, that the following facts, to the best
of my knowledge and belief, are true, correct, and not meant to be misleading.

1. GARY WEST was arrested on April 12, 2001 in the DISTRICT OF COLUMBIA and charged with bank
   robbery.

2. UNITED STATES DISTRICT COURT JUDGE ELLEN SEGAL HUVELLE presides over Case Number 01-
   168-01 UNITED STATES v. GARY WEST.

3. During several Status Hearings, then PROSECUTOR RONALD L. WALUTES _repeatedly_ stated that
   _**WEST'S co-defendant and Government key witness, DENNIS ROIE, was found "dead" with a gunshot
   wound to his head.**_

4. As a result, on August 27, 2001, JUDGE ELLEN SEGAL HUVELLE _"QUASHED"_ the arrest warrant for
   DENNIS ROIE.

5. On January 9, 2002, GARY WEST entered a plea—based on the counsel of his ATTORNEY, GENE R.
   JOHNSON, that he was entering into a two (2) year plea agreement for **conspiracy to comment an offense
   18 U.S.C. 371.**

6. On January 9, 2002, during the Rule 11 Colloquy, GARY WEST and his ATTONEY, GENE R. JOHNSON,
   got into a heated exchanged in regards to the amount of time that he was pleading to. JUDGE ELLEN SEGAL
   HUVELLE intervened; but ATTORNEY, GENE R. JOHNSON assured both GARY WEST and JUDGE
   ELLEN SEGAL HUVELLE that everything was "fine."

7. Trusting his ATTORNEY, GENE R. JOHNSON'S legal counsel, GARY WEST agreed to enter into what he
   thought was a two (2) year plea agreement for **conspiracy to comment an offense 18 U.S.C. 371.** It was at
   this point in the hearing that GARY WEST started to get an understanding of what was really happening—that
   the plea agreement that was before the COURT, the one his ATTORNEY, GENE R. JOHNSON had convinced
   him to sign, was not the two (2) year plea agreement for **conspiracy to comment an offense 18 U.S.C. 371,**
   that GARY WEST thought he was signing.

8. Immediately after the Plea Hearing, GARY WEST was placed in the COURT'S holding cell, where he
   requested to see his ATTORNEY, GENE R. JOHNSON. Once his ATTORNEY, GENE R. JOHNSON arrived,
   he explained to GARY WEST that even though he had entered into a plea agreement of two (2) years, JUDGE
   ELLEN SEGAL HUVELLE could still sentence him to a sentence of up to thirty (30) years. After hearing
   this, GARY WEST became irate. GARY WEST then demanded that his ATTONEY, GENE R. JOHNSON, get
   him back in COURT in front of JUDGE ELLEN SEGAL HUVELLE immediately! His ATTONEY, GENE R.

AUG 2 - 2018

JOHNSON, left, telling GARY WEST that he was going to notify JUDGE ELLEN SEGAL HUVELLE of GARY WEST'S demand to withdraw his plea. His ATTONEY, GENE R. JOHNSON, never returned.

9.  UNITED STATES MARSHALL LEROY HILL arrived to transport GARY WEST back downstairs to the Holding Cells, but before doing so, GARY WEST explained the situation, as well as the circumstances to UNITED STATES MARSHALL LEROY HILL. UNITED STATES MARSHALL LEROY HILL provided GARY WEST with a pen and a piece of paper. GARY WEST then quickly wrote in Motion Form, "I Wish To Withdraw This Plea Immediately; My Lawyer Mislead Me." GARY WEST then handed the Motion to UNITED STATES MARSHALL LEROY HILL, who then took it directly to JUDGE ELLEN SEGAL HUVELLE--all of this happened approximately around 1:30 pm.

10. Fifteen (15) to twenty (20) minutes later, UNITED STATES MARSHALL LEROY HILL returned with the Motion, and told GARY WEST that he was told to inform GARY WEST that JUDGE ELLEN SEGAL HUVELLE had left for the day. UNITED STATES MARSHALL LEROY HILL then instructed GARY WEST to place the Motion/Letter in the mail as soon as he arrived back at the D.C. JAIL. UNITED STATES MARSHALL LEROY HILL then made sure that GARY WEST was placed on the very first COURT LOAD going back to D.C. JAIL.

11. Upon arrival back at D.C. JAIL, GARY WEST placed the Motion/Letter directly in the JAIL mailbox—the letter was post marked January 9, 2002; which was the same day the plea was entered.

12. On January 17, 2002, JUDGE ELLEN SEGAL HUVELLE filed on the record that GARY WEST'S Motion/Letter was filed on January 17, 2002—JUDGE ELLEN SEGAL HUVELLE completely ignored the January 9, 2001 clearly post marked Motion/Letter...stating that she did not receive the Motion/Letter eight until that day...(8) days later than it was actually filed.

13. Highly upset, GARY WEST then fired his ATTONEY, GENE R. JOHNSON. On January 23, 2002 his ATTONEY, GENE R. JOHNSON, officially withdraw from GARY WEST'S case.

14. During opening statements of the June 3, 2002 Plea Withdrawal Hearing, GARY WEST'S ATTONEY, JENSEN EGERTON BARBER, stated ON THE RECORD, that UNITED STATES MARSHALL LEROY HILL was going to testify on behalf of GARY WEST, as his key witness, concerning the facts related to GARY WEST'S Motion/Letter To Withdraw Plea as well as to the date that it was filed. JUDGE ELLEN SEGAL HUVELLE refused to allow UNITED STATES MARSHALL LEROY HILL to testify.

15. Later, during the Plea Withdrawal Hearing, GARY WEST'S former ATTONEY, GENE R. JOHNSON, admitted that he lied several times in his very own affidavit that he submitted prior to the hearing. ATTONEY GENE R. JOHNSON admitted that he:

(A) never hired a private investigator to investigate GARY WEST'S case—as he previously stated in his affidavit that he had;

(B) never reviewed Files and the Documents pertaining to the case against GARY WEST—as he previously stated in his affidavit that he had; and;

(C) never interviewed any of GARY WEST'S witnesses—as he previously stated in his affidavit that he had.

16. While still on the stand, ATTONEY, GENE R. JOHNSON admitted that he had mislead his client, GARY WEST, into believing that GARY WEST was entering into a plea agreement in which GARY WEST thought was a two (2) year plea agreement for **conspiracy to comment an offense 18 U.S.C. 371.** When JUDGE ELLEN SEGAL HUVELLE asked ATTONEY, GENE R. JOHNSON as to why he would mislead his client, GARY WEST, into believing that he was entering into a plea agreement that was for two (2) years, he stated that he was "hypothesizing."

17. Despite all of this, and the fact that GARY WEST'S former ATTONEY, GENE R. JOHNSON, admitted, **while he was on the stand and under oath,** while being cross-examined by GARY WEST'S ATTONEY, for his Plea Withdrawal Hearing, JENSEN EGERTON BARBER, that **he lied several times in his very own affidavit** that he submitted to the **COURT** and made a **part of the COURT record,** prior to the hearing, concerning the fiduciary duties any competent lawyer should have done—which JUDGE ELLEN SEGAL HUVELLE ignored, and that UNITED STATES MARSHALL LEROY HILL was ready and willing to testify

in GARY WEST'S behalf—which JUDGE ELLEN SEGAL HUVELLE adamantly refused to allow, JUDGE ELLEN SEGAL HUVELLE denied GARY WEST'S Motion to withdraw his plea, then set the matter for sentencing.

18. On or about March 1, 2002, GARY WEST was brought to COURT for a Pre-sentence Investigation Interview; because GARY WEST had withdrawn his plea and did not have an attorney, GARY WEST refused the Pre-sentence Investigation Interview. To this day, GARY WEST has never had a Pre-sentence Investigation Interview.

19. On or about March 1, 2002, a Pre-sentence Investigation Report was done in GARY WEST'S case, without any input from GARY WEST, and, to the best of GARY WEST'S knowledge, without any input or representation from any attorney representing GARY WEST.

20. On September 27, 2002, GARY WEST was handed down a sentence of twenty-seven (27) years in PRISON by JUDGE ELLEN SEGAL HUVELLE and ordered remanded to the custody of the UNITED STATES ATTORNEY GENERAL.

21. While researching his case in February of 2010, GARY WEST discovered that DENNIS ROIE, his alleged co-defendant, and supposed KEY GOVERNMENT WITNESS, was very much alive, and had been arrested sometime in or about August of 2004, in the EASTERN DISTRICT OF PENNSYLVANIA!   .

22. Even more amazing...WHEN in 2005, this same DENNIS ROIE—who, then PROSECUTOR RONALD L. WALUTES, during several Status Hearings in GARY WEST'S case, had *repeatedly* stated that *WEST'S co-defendant and Government key witness, DENNIS ROIE, was found "dead" with a gunshot wound to his head*, was sentenced by the very same judge...JUDGE ELLEN SEGAL HUVELLE, who had, on August 27, 2001, *"QUASHED"* the arrest warrant for this very same DENNIS ROIE, who *was*—supposedly—*found "dead" with a gunshot wound to his head*, to eighty (80) months in prison.

23. GARY WEST, on or about September 2010, then filed a JUDICIAL AND PROSECUTORIAL MISCONDUCT claim, which was denied by JUDGE ELLEN SEGAL HUVELLE in or about October 2010.

24. To this very day, **GARY WEST** has not been notified or made aware of, by either PROSECUTORS RONALD L. WALUTES, and/or LAURA A. INGERSOLL who took over GARY WEST'S case, or JUDGE ELLEN SEGAL HUVELLE of DENNIS ROIES existence.

25. DISTRICT OF COLUMBIA DISTRICT COURT JUDGE ELLEN SEGAL HUVELLE sentenced one man—DENNIS ROIE—a man she previously declared dead, to eighty (80) months in prison, while stifling another man—GARY WEST—in his pursuit of justice, and sentenced him to twenty-seven (27) years in prison.

26. As a result of the issues stated above, GARY WEST has been incarcerated for seventeen (17) years for crimes he did not commit; an incarceration that destroyed GARY WEST'S musical career, performing as a drummer for the late, great James Brown.

Further Affiant saith not.

## ACKNOWLEDGEMENT OF NOTARY

State of North Carolina, County of _Hertford_

Signed before me on this the _21st_ Day of the _June_ Month in the Year of Our Lord Two Thousand Sixteen C.E., by _Gary Emerson West_, who, on the basis of satisfactory evidence of identification, proved to me to be the flesh-and-blood man who PERSONALLY APPEARED, SUBSCRIBED, AVOWED, AFFIRMED, AND EXECUTED the foregoing instrument. Witness my hand and seal:

_Pete C. Williams_
NOTARY PUBLIC
My Commission Expires _04/17/2019_

Date: _6/21/16_
Without Prejudice/Without Recourse/All Rights Reserved

LS:  _Gary Emerson West_
Gary Emerson West
Sentient, Living, Flesh-And-Blood Man

PAGE 3 OF 3

Exhibit( )

# Dennis L Roie

Age 40-44
Lives in Philadelphia, PA
*2457 N Chadwick St Philadelphia, PA 19132-4447*
SHOW MAP

## Background Records Available for Dennis L Roie

## Background Records

Crime/Traffic
Public Record Databases
Continue To Results
Family
Relatives of Dennis Roie
View All Relatives
Phone
Landline and mobile info
View All Numbers
Email
Full email address info
View Addresses

## Additional Background Record Databases

## Additional Databases

Continue to view results
Bankruptcies
Foreclosures
Business Info
Associates
Properties
Licenses
Judgments
Liens
View Full Report

## (215) 225-2372

Verizon
Landline
VIEW MOBILE INFO

## Previous Locations

Philadelphia, PA
VIEW FULL ADDRESSES
People Dennis May Know
These people may be linked to Dennis.

ALIVE

Case No.                    EXHIBIT (1)

DENNIS ROIE        01-168-06

* FRANCES LEHMAN [01-168-04]
3/22/01 Sentenced to 2 yrs. Probation
v superceeded her Indictment Before she plead          Wired

* Carl Yates, Jr.    [01-168-08]
4/5/2002 With drew plea
2/3 withdrew                                            Wired

* GARy West Plea Entered 1/9/02
With drew Immediately 30 MiN. later
Docket stated plea was With drawn 1/17/02
letter was postMARKed 1/9/02 MARsHall Testimony as To the
Facts were Sabotaged

LARRy C. BROWN, Jr - Direct Appeal
1800 Diagonal Road
Suite 600, Alexandria, VA. 22314
(703) 518 - 4183

EXHIBIT

| | | GREEN: of temporary detention pending hearing pursuant to Bail Reform Act (N) (hsj) (Entered: 08/31/2001) |
|---|---|---|
| 08/27/2001 | 47 | WARRANT returned executed as to MELVIN LEWIS GREEN on 8/27/01. Return on arrest warrant issued 8/2/01. (erd) (Entered: 09/18/2001) |
| 08/27/2001 | 48 | WARRANT returned as to DENNIS ROIE quashed by the Court on 8/27/01. Return of arrest warrant issued 8/9/01. (erd) (Entered: 09/18/2001) |
| 08/27/2001 | 49 | WARRANT returned as to RASHEED MARION quashed by the Court on 8/27/01. Return of arrest warrant issued 3/30/01. (erd) (Entered: 09/18/2001) |
| 08/27/2001 | 50 | WARRANT returned as to CHARLES ALLEN MATTHEWS III quashed by the Court on 8/27/01. Return of arrest warrant issued 8/2/01. Government moved to quash; granted by Mag/Judge ALAN KAY. (erd) (Entered: 09/18/2001) |
| 08/29/2001 | 42 | DETENTION MEMORANDUM by Magistrate Judge Alan Kay as to CARL YATES JR.. The government's motion for pretrial detention is granted. (N) (erd) (Entered: 09/13/2001) |
| 08/30/2001 | | STATUS HEARING before Magistrate Judge Alan Kay as to CHARLES ALLEN MATTHEWS III : Case called for detention hearing. Request by the defendant to continue his detention hearing before Judge Huvelle; heard and granted. Status/Detention hearing set for 10:30 9/7/01 for CHARLES ALLEN MATTHEWS III. Defendant committed/commitment issued. Reporter: Pro-Typist, Inc., CTRM. (erd) (Entered: 09/13/2001) |
| 08/30/2001 | | DETENTION HEARING before Magistrate Judge Alan Kay as to MELVIN LEWIS GREEN : Status hearing set for 10:30 9/7/01 . MELVIN LEWIS GREEN. Defendant committed/commitment issued. Court Reporter: Pro-Typist, Inc., CTRM. 7 (erd) (Entered: 09/13/2001) |
| 08/30/2001 | | DEFENDANT(S) MELVIN LEWIS GREEN ordered held without bond by Magistrate Judge Alan Kay. (erd) (Entered: 09/13/2001) |
| 08/30/2001 | 44 | ORDER by Magistrate Judge Alan Kay as to MELVIN LEWIS GREEN : committing defendant to the custody of the U.S. Attorney General. (N) (erd) (Entered: 09/13/2001) |
| 08/31/2001 | 40 | DETENTION MEMORANDUM by Magistrate Judge Alan Kay as to MELVIN LEWIS GREEN. (N) (hsj) (Entered: 09/04/2001) |
| 09/05/2001 | 41 | MOTION filed by CARL YATES JR. to revoke detention order (cas) (Entered: 09/06/2001) |
| 09/05/2001 | 46 | CERTIFIED COPY of Order filed in USCA, dated 01-3084, referencing as to GARY EMERSON WEST. That the petition for a |

*EXHIBIT*

SENSITIVE BUT UNCLASSIFIED

**Site Name:** **Unknown Location**

**PIN:** **49709083**   **First Name:** **Gary**   **Last Name:** **West**   **Middle Name:**   ☑Active

| PAN | Last Name | First Name | Blocked | Active | Relationship |
|---|---|---|---|---|---|
| 2022087500 | Perales | Joanna | No | Yes | Attorney |
| 2022650067 | | Barbara West(Parent) | No | Yes | Unknown |
| 2022690452 | | Wanda Yates(Relative) | No | Yes | Unknown |
| 2023458523 | | Victoria Mobley (Sibling) | No | Yes | Unknown |
| 2023875297 | | Harvey James (RElative) | No | Yes | Unknown |
| 2024130996 | | Sheldon(Relative) | No | Yes | Unknown |
| 2024690258 | West | Thomas | No | Yes | Sibling |
| 2025316459 | Lee | Thomas | No | Yes | Other |
| 2026740544 | West | Goeffrey | No | Yes | Sibling |
| 2029033069 | West | Artina | No | Yes | Sibling |
| 2029033891 | West | Gerald | No | Yes | Sibling |
| 2152252372 | Roie | Dennis | No | Yes | Friend |
| 3013257070 | | Greg West(Sibling) | No | Yes | Unknown |
| 3015684647 | Johnson | David | No | Yes | Friend |
| 3016519911 | Mobley | Deja | No | Yes | Other |
| 4106224160 | Hunter | Anthony | No | Yes | Other |
| 7034005561 | Johnson | Joe | No | Yes | Sibling |

10/5/2017

| | | |
|---|---|---|
| | | GREEN: of temporary detention pending hearing pursuant to Bail Reform Act (N) (hsj) (Entered: 08/31/2001) |
| 08/27/2001 | 47 | WARRANT returned executed as to MELVIN LEWIS GREEN on 8/27/01. Return on arrest warrant issued 8/2/01. (erd) (Entered: 09/18/2001) |
| 08/27/2001 | 48 | WARRANT returned as to DENNIS ROIE quashed by the Court on 8/27/01. Return of arrest warrant issued 8/9/01. (erd) (Entered: 09/18/2001) |
| 08/27/2001 | 49 | WARRANT returned as to RASHEED MARION quashed by the Court on 8/27/01. Return of arrest warrant issued 3/30/01. (erd) (Entered: 09/18/2001) |
| 08/27/2001 | 50 | WARRANT returned as to CHARLES ALLEN·MATTHEWS III quashed by the Court on 8/27/01. Return of arrest warrant issued 8/2/01. Government moved to quash; granted by Mag/Judge ALAN KAY. (erd) (Entered: 09/18/2001) |
| 08/29/2001 | 42 | DETENTION MEMORANDUM by Magistrate Judge Alan Kay as to CARL YATES JR.. The government's motion for pretrial detention is granted. (N) (erd) (Entered: 09/13/2001) |
| 08/30/2001 | | STATUS HEARING before Magistrate Judge Alan Kay as to CHARLES ALLEN MATTHEWS III : Case called for detention hearing. Request by the defendant to continue his detention hearing before Judge Huvelle; heard and granted. Status/Detention hearing set for 10:30 9/7/01 for CHARLES ALLEN MATTHEWS III. Defendant committed/commitment issued. Reporter: Pro-Typist, Inc., CTRM. (erd) (Entered: 09/13/2001) |
| 08/30/2001 | | DETENTION HEARING before Magistrate Judge Alan Kay as to MELVIN LEWIS GREEN : Status hearing set for 10:30 9/7/01 . MELVIN LEWIS GREEN. Defendant committed/commitment issued. Court Reporter: Pro-Typist, Inc., CTRM. 7 (erd) (Entered: 09/13/2001) |
| 08/30/2001 | | DEFENDANT(S) MELVIN LEWIS GREEN ordered held without bond by Magistrate Judge Alan Kay. (erd) (Entered: 09/13/2001) |
| 08/30/2001 | 44 | ORDER by Magistrate Judge Alan Kay as to MELVIN LEWIS GREEN : committing defendant to the custody of the U.S. Attorney General. (N) (erd) (Entered: 09/13/2001) |
| 08/31/2001 | 40 | DETENTION MEMORANDUM by Magistrate Judge Alan Kay as to MELVIN LEWIS GREEN. (N) (hsj) (Entered: 09/04/2001) |
| 09/05/2001 | 41 | MOTION filed by CARL YATES JR. to revoke detention order (cas) (Entered: 09/06/2001) |
| 09/05/2001 | 46 | CERTIFIED COPY of Order filed in USCA, dated 01-3084, referencing as to GARY EMERSON WEST. That the petition for a |

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_Gary Emerson West_ — PETITIONER
(Your Name)

VS.

_United States_ — RESPONDENT(S)

**PROOF OF SERVICE**

I, _Gary Emerson West_____, do swear or declare that on this date,
_____, 20___, as required by Supreme Court Rule 29 I have
served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding
or that party's counsel, and on every other person required to be served, by depositing
an envelope containing the above documents in the United States mail properly addressed
to each of them and with first-class postage prepaid, or by delivery to a third-party
commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

_Ellen Segal Huevell  333 Constitution Ave NW Wash. DC 2000_
_Ronald L. Walutes  555 4th Street NW Wash. DC 2001_
_Laura A. Ingersoll  555 4th Street NW Washington DC 2001_
_Gene Johnson  640 Ohenns Place NW Washington DC 2003_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____8 / 5_____, 20_18_

_Gary E. West_
(Signature)

_Without prejudice_

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_Gary Emerson West_ — PETITIONER
(Your Name)

vs.

_United States_ — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

_____

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

_Gary Emerson West_
(Your Name) RCI

_P.O. Box 630 Winton_
(Address)

_N.C 27986_
(City, State, Zip Code)

_____
(Phone Number)

**QUESTION(S) PRESENTED**

(1) The arrest warrant that the F.B.I serve me di not have the Judge Signature on it or the court Seal

2.) Can you be charge for a body that not dead

3.) Can the judge change a sentence of the wire plea

4) [illegible] its the right for a Judge suppose correct a sentence and take back the time from the defendant of a body that not dead

4.) Can a government and a Judge and your lawyer give you a fake death Certificate to make you take a plea and sentence to for a body that not dead.

5.) Can a Judge denied you to withdraw a plea, when it is done in 30 minutes for good cause.

## LIST OF PARTIES

[✓] All parties appear in the caption of the case on the cover page.

[ ] All parties **do not** appear in the caption of the case on the cover page.   A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

## TABLE OF CONTENTS

OPINIONS BELOW.................................................................................................... 1

JURISDICTION...........................................................................................................

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED .................................

STATEMENT OF THE CASE .........................................................................................

REASONS FOR GRANTING THE WRIT .........................................................................

CONCLUSION..............................................................................................................

## INDEX TO APPENDICES

APPENDIX A ( The Indictment

APPENDIX B ( The affifividcut)

APPENDIX C ( The Evidence )

APPENDIX D

APPENDIX E

APPENDIX F

**TABLE OF AUTHORITIES CITED**

CASES          *See Attachments*          PAGE NUMBER

STATUTES AND RULES

The fourth Amendment
The 6th Amendment

OTHER

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

## OPINIONS BELOW

[ ] For cases from **federal courts**:

The opinion of the United States court of appeals appears at Appendix _____ to the petition and is

[ ] reported at _____ ; or,
[✓] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the United States district court appears at Appendix _____ to the petition and is

[ ] reported at _____ ; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

[ ] For cases from **state courts**:

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____ ; or,
[✓] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____ ; or,
[✓] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

1.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

4th, 6th, 8th, and 14th Amendment

**STATEMENT OF THE CASE**

West and his codefant were arrested by the F.B.I. and charge with posession of a fire arm and the government plea offer was to a wire plea. West and his codefendant took the plea offer. During the wire plea all the defendant are suppose to get the same time, defendant Yates received 2 yrs imprisonment, Lehman received 2 yrs probation, West received a different sentence. The goverment and West lawyer brought in a death certificate of one of his codefendant that was the goverment star witness. Dennis L. Roie was shot multiple time in the head, so Judge Huevell blame West and she gave West 27 years. West went back to the holding cell and ask the marshall Hill for a pen and paper and wrote a motion to withdraw his plea, and gave it to marshall Leroy A. Hill and the marshall gave it to the Judge Huevell and she did not take it so the marshall gave it back to West and said the Judge Huevell would not take it and he told west to mail it when he get to jail. Judge Huevell sent west a letter denieng his motion, West the wrote the appeal court and the Coort rule in favor of West and order Judge Huevell to have the rule 11 hearing, she did and denied west motion. Larry Brown Attorney for West exsposed all the people invole in the cover up of West trial and sent a direct appeal to the Chief Judge. Four year later the person that was suppose to be dead, Dennis L. Roie was sentence by the same Judge Hueveland she gave him 80 months but she did not bring West back to correct his sentence.

**REASONS FOR GRANTING THE PETITION**

1.) Judge Huevell committed fraud in allowing the government and West attorney Gene Johnson to bring in a fake death certificate to make make West to take a plea, where there is no evidence to prove West committed any crime.

2.) The arrest warrant was fake it did not have the Judge signature or the court seal on it.

3.) The Indictment was fake because the grand jury seal was not on it.

4.) This would serve the "ENDS OF JUSTICE"

5.) West did to much time for a body that was never dead and he is still to this day doing time for it

West suffer emotional stress and pain do to Judge Huevell not granting his Rule 11 hearing to withdraw his plea and West is doing unessary time to this day for a body that never dead. West lost his life, family, job, home, he lost everything and I feel it is this higher Court decession to make things right and to show him that justice does work in this higher Cart.

WHEREFORE, I West humbly ask this higher Court to gave relief and terminate this sentence and allow for me to withdraw my plea this would serve the "ENDS OF JUSTICE"

## CONCLUSION

The petition for a writ of certiorari should be granted.

Respectfully submitted,

_Gary E. West_

Date: 8/5/18

Without prejudice

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

Gary Emerson West — PETITIONER
(Your Name)

VS.

United States — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

[ ] Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

_____

_____

[ ] Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

Petitioner's affidavit or declaration in support of this motion is attached hereto.

Gary E. West
(Signature)

Without prejudice

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

Gary Emerson West ___ — PETITIONER
(Your Name)

VS.

United States ___ — RESPONDENT(S)

### PROOF OF SERVICE

I, Gary Emerson West ___, do swear or declare that on this date,
_____, 20___, as required by Supreme Court Rule 29 I have
served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding
or that party's counsel, and on every other person required to be served, by depositing
an envelope containing the above documents in the United States mail properly addressed
to each of them and with first-class postage prepaid, or by delivery to a third-party
commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

Ellen Segal Huevell 333 Constitution Ave NW Wash. DC 2000

Ronald L. Walutes 555 4th Street NW Wash. DC 20001

Laura A. Ingersoll 555 4th Street NW Washington DC 2001

Gene Johnson 640 Okeans Place NW Washington DC 20003

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 8 / 5 _____, 2018

_____
(Signature)

Without prejudice

**AFFIDAVIT OR DECLARATION**
**IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

I, _____ , am the petitioner in the above-entitled case.   In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| N/A | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| N/A | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |

4. How much cash do you and your spouse have? $_____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|-----------------------|-----------------|-----------------|------------------------|
| N/A | _____ | $_____ | $_____ |
| | _____ | $_____ | $_____ |
| | _____ | $_____ | $_____ |

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

☐ Home    N/A
Value _____

☐ Other real estate    N/A
Value _____

☐ Motor Vehicle #1
Year, make & model    N/A
Value _____

☐ Motor Vehicle #2
Year, make & model    N/A
Value _____

☐ Other assets
Description    N/A
Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| **Name** | **Relationship** | **Age** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family.   Show separately the amounts paid by your spouse.   Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.



| | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included?  ☐ Yes  ☐ No Is property insurance included?  ☐ Yes  ☐ No | $_____ | $_____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |

|                                                                                          | You    | Your spouse |
|------------------------------------------------------------------------------------------|--------|-------------|
| Transportation (not including motor vehicle payments)                                    | $      | $           |
| Recreation, entertainment, newspapers, magazines, etc.                                   | $      | $           |
| Insurance (not deducted from wages or included in mortgage payments)                     |        |             |
|     Homeowner's or renter's                                          | $      | $           |
|     Life                                                              | $      | $           |
|     Health                                                            | $      | $           |
|     Motor Vehicle                                                     | $      | $           |
|     Other: _____                                     | $      | $           |
| Taxes (not deducted from wages or included in mortgage payments)                         |        |             |
|     (specify): _____                                 | $      | $           |
| Installment payments                                                                     |        |             |
|     Motor Vehicle                                                     | $      | $           |
|     Credit card(s)                                                    | $      | $           |
|     Department store(s)                                               | $      | $           |
|     Other: _____                                     | $      | $           |
| Alimony, maintenance, and support paid to others                                         | $      | $           |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $   | $           |
| Other (specify): _____                                                  | $      | $           |
| **Total monthly expenses:**                                                              | $      | $           |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☑ No      If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☑ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes      ☑ No

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ , 20___

_Gary E. West_
(Signature)
_Without Prejudice_

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_Gary Emerson West_ — PETITIONER
(Your Name)

vs.

_United States_ — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

_____

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

_Gary Emerson West_
(Your Name) R C I

_P. O. Box 630 Winton_
(Address)

_N. C 27986_
(City, State, Zip Code)

_____

(Phone Number)

**QUESTION(S) PRESENTED**

(1) The arrest warrant that the F.B.I serve me di not have the Judge Signature on it or the court Seal

2.) Can you be charge for a body that not dead

3.) Can the judge change a sentence of the wire plea

4) [box] its the right for a Judge suppose correct a sentence and take back the time from the defendant of a body that not dead

4.) Can a government and a Judge and your lawyer give you a fake death Certificate to make you take a plea and sentence to for a body that not dead.

5.) Came a Judse denied you to withdraw a plea, when it is done in 30 minutes for good cause.

## LIST OF PARTIES

[✓] All parties appear in the caption of the case on the cover page.

[ ] All parties **do not** appear in the caption of the case on the cover page.   A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

# TABLE OF CONTENTS

OPINIONS BELOW ................................................................................................. 1

JURISDICTION.........................................................................................................

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED .................................

STATEMENT OF THE CASE .......................................................................................

REASONS FOR GRANTING THE WRIT .......................................................................

CONCLUSION...........................................................................................................

# INDEX TO APPENDICES

APPENDIX A ( The Indictment

APPENDIX B ( The affifivdavt)

APPENDIX C ( The Evidence )

APPENDIX D

APPENDIX E

APPENDIX F

## TABLE OF AUTHORITIES CITED

CASES            *See Attachments*            PAGE NUMBER

STATUTES AND RULES

The fourth Amendment
The 6th Amendment

OTHER

AO 240  (Rev  07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $              0

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

None

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:

_____
*Applicant's signature*

_____
*Printed name*

## STATEMENT OF THE CASE

West and his codefant were arrested by the F.B.I. and charge with posession of a fire arm and the goverment plea offer was to a wire plea. West and his codefendant took the plea offer. During the wire plea all the defendant are suppose to get the same time, defendant Yates received 2 yrs imprisonment, Lehman received 2 yrs probation, West received a different sentence. The goverment and West lawyer brought in a death certificate of one of his codefendant that was the government star witness Dennis L. Roie was shot multiple time in the head, so Judge Huevell blame West and she gave West 27 years. West went back to the holding cell and ask the marshall Hill for a pen and paper and write a motion to withdraw his plea, and gave it to marshall Leroy A. Hill and the marshall gave it to the Judge Huevell and she did not take it so the marshall gave it back to West and said the Judge Huevell would not take it and he told West to mail it when he get to jail. Judge Huevell sent West a letter deniening his motion, West the wrote the appeal court and the Court rule in favor of West and order Judge Huevell to have a rule 11 hearing, she did and denied West motion. Larry Brown Attorney for West exsposed all the people invole in the cover up of West trial and sent a direct appeal to the Chief Judge. Four year later the person that was suppose to be dead, Dennis L. Roie was sentence by the same Judge Huevell and she gave him 80 months but she did not bring West back to correct his sentence.

## REASONS FOR GRANTING THE PETITION

1.) Judge Huevell committed fraud in allowing the government and West attorney Gene Johnson to bring in a fake death certificate to make make West to take a plea, where there is no evidence to prove West committed any crime.

2.) The arrest warrant was fake it did not have the Judge signature or the court seal on it.

3.) The Indictment was fake because the grand jury seal was not on it.

4.) This would serve the "ENDS OF JUSTICE"

5.) West did to much time for a body that was never dead and he is still to this day doing time for it

West suffer emotional stress and pain do to Judge Hue vell not granting his Rule 11 hearing to with draw his plea and West is doing unessary time to this day for a body that never dead. West lost his life, family, job, home, he lost every thing and I feel it is this higher Court deceission to make thinsright and to show him that justice does work in this higher Cart.

WHEREFORE, I West humbly ask this higher Court to gave relief and terminate this sentence and allow for me to with draw my plea this would serve the "ENDS OF JUSTICE"

**CONCLUSION**

The petition for a writ of certiorari should be granted.

Respectfully submitted,

_Gary E. West_

Date: _8/5/18_

Without prejudice

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_Gary Emerson West_ — PETITIONER
(Your Name)

VS.

_United States_ — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis.*

[  ] Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

_____

_____

[  ] Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

Petitioner's affidavit or declaration in support of this motion is attached hereto.

_Gary E. West_
(Signature)

*Without prejudice*

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

## OPINIONS BELOW

[ ] For cases from **federal courts**:

The opinion of the United States court of appeals appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[✓] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the United States district court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

[ ] For cases from **state courts**:

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[✓] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[✓] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

1.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

4th, 6th, 8th, and 14th Amendment

Exhibit ( )

# AFFIDAVIT OF TRUTH

STATE OF NORTH CAROLINA )
                                ) Scilicet
COUNTY OF _____ )

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (affidavits) is necessary to make
the prima facie case." UNITED STATES v. KIS, 658 F.
2d 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.
2169; S. Ct. March 22, 1982.

Now comes the Affiant, Gary Emerson West, a sentient, living, flesh-and-blood man, a citizen of the
united States and the DISTRICT OF COLUMBIA, over the age of twenty-one (21) years, competent
to state the matters included herein this declaration, has knowledge of the facts, affirms, deposes, and
declares, by my blue ink signature and under penalty of perjury, that the following facts, to the best
of my knowledge and belief, are true, correct, and not meant to be misleading.

1. GARY WEST was arrested on April 12, 2001 in the DISTRICT OF COLUMBIA and charged with bank robbery.

2. UNITED STATES DISTRICT COURT JUDGE ELLEN SEGAL HUVELLE presides over Case Number 01-168-01 UNITED STATES v. GARY WEST.

3. During several Status Hearings, then PROSECUTOR RONALD L. WALUTES _repeatedly_ stated that _WEST'S co-defendant and Government key witness, DENNIS ROIE, was found "dead" with a gunshot wound to his head._

4. As a result, on August 27, 2001, JUDGE ELLEN SEGAL HUVELLE _"QUASHED"_ the arrest warrant for DENNIS ROIE.

5. On January 9, 2002, GARY WEST entered a plea—based on the counsel of his ATTORNEY, GENE R. JOHNSON, that he was entering into a two (2) year plea agreement for **conspiracy to comment an offense 18 U.S.C. 371.**

6. On January 9, 2002, during the Rule 11 Colloquy, GARY WEST and his ATTONEY, GENE R. JOHNSON, got into a heated exchanged in regards to the amount of time that he was pleading to. JUDGE ELLEN SEGAL HUVELLE intervened; but ATTORNEY, GENE R. JOHNSON assured both GARY WEST and JUDGE ELLEN SEGAL HUVELLE that everything was "fine."

7. Trusting his ATTORNEY, GENE R. JOHNSON'S legal counsel, GARY WEST agreed to enter into what he thought was a two (2) year plea agreement for **conspiracy to comment an offense 18 U.S.C. 371.** It was at this point in the hearing that GARY WEST started to get an understanding of what was really happening—that the plea agreement that was before the COURT, the one his ATTORNEY, GENE R. JOHNSON had convinced him to sign, was not the two (2) year plea agreement for **conspiracy to comment an offense 18 U.S.C. 371,** that GARY WEST thought he was signing.

8. Immediately after the Plea Hearing, GARY WEST was placed in the COURT'S holding cell, where he requested to see his ATTORNEY, GENE R. JOHNSON. Once his ATTORNEY, GENE R. JOHNSON arrived, he explained to GARY WEST that even though he had entered into a plea agreement of two (2) years, JUDGE ELLEN SEGAL HUVELLE could still sentence him to a sentence of up to thirty (30) years. After hearing this, GARY WEST became irate. GARY WEST then demanded that his ATTONEY, GENE R. JOHNSON, get him back in COURT in front of JUDGE ELLEN SEGAL HUVELLE immediately! His ATTONEY, GENE R.

JOHNSON, left, telling GARY WEST that he was going to notify JUDGE ELLEN SEGAL HUVELLE of GARY WEST'S demand to withdraw his plea. His ATTONEY, GENE R. JOHNSON, never returned.

9.  UNITED STATES MARSHALL LEROY HILL arrived to transport GARY WEST back downstairs to the Holding Cells, but before doing so, GARY WEST explained the situation, as well as the circumstances to UNITED STATES MARSHALL LEROY HILL. UNITED STATES MARSHALL LEROY HILL provided GARY WEST with a pen and a piece of paper. GARY WEST then quickly wrote in Motion Form, "I Wish To Withdraw This Plea Immediately; My Lawyer Mislead Me." GARY WEST then handed the Motion to UNITED STATES MARSHALL LEROY HILL, who then took it directly to JUDGE ELLEN SEGAL HUVELLE--all of this happened approximately around 1:30 pm.

10. Fifteen (15) to twenty (20) minutes later, UNITED STATES MARSHALL LEROY HILL returned with the Motion, and told GARY WEST that he was told to inform GARY WEST that JUDGE ELLEN SEGAL HUVELLE had left for the day. UNITED STATES MARSHALL LEROY HILL then instructed GARY WEST to place the Motion/Letter in the mail as soon as he arrived back at the D.C. JAIL. UNITED STATES MARSHALL LEROY HILL then made sure that GARY WEST was placed on the very first COURT LOAD going back to D.C. JAIL.

11. Upon arrival back at D.C. JAIL, GARY WEST placed the Motion/Letter directly in the JAIL mailbox—the letter was post marked January 9, 2002; which was the same day the plea was entered.

12. On January 17, 2002, JUDGE ELLEN SEGAL HUVELLE filed on the record that GARY WEST'S Motion/Letter was filed on January 17, 2002—JUDGE ELLEN SEGAL HUVELLE completely ignored the January 9, 2001 clearly post marked Motion/Letter...stating that she did not receive the Motion/Letter eight until that day...(8) days later than it was actually filed.

13. Highly upset, GARY WEST then fired his ATTONEY, GENE R. JOHNSON. On January 23, 2002 his ATTONEY, GENE R. JOHNSON, officially withdraw from GARY WEST'S case.

14. During opening statements of the June 3, 2002 Plea Withdrawal Hearing, GARY WEST'S ATTONEY, JENSEN EGERTON BARBER, stated ON THE RECORD, that UNITED STATES MARSHALL LEROY HILL was going to testify on behalf of GARY WEST, as his key witness, concerning the facts related to GARY WEST'S Motion/Letter To Withdraw Plea as well as to the date that it was filed. JUDGE ELLEN SEGAL HUVELLE refused to allow UNITED STATES MARSHALL LEROY HILL to testify.

15. Later, during the Plea Withdrawal Hearing, GARY WEST'S former ATTONEY, GENE R. JOHNSON, admitted that he lied several times in his very own affidavit that he submitted prior to the hearing. ATTONEY GENE R. JOHNSON admitted that he:

   (A) never hired a private investigator to investigate GARY WEST'S case—as he previously stated in his affidavit that he had;

   (B) never reviewed Files and the Documents pertaining to the case against GARY WEST—as he previously stated in his affidavit that he had; and;

   (C) never interviewed any of GARY WEST'S witnesses—as he previously stated in his affidavit that he had.

16. While still on the stand, ATTONEY, GENE R. JOHNSON admitted that he had mislead his client, GARY WEST, into believing that GARY WEST was entering into a plea agreement in which GARY WEST thought was a two (2) year plea agreement for **conspiracy to comment an offense 18 U.S.C. 371.** When JUDGE ELLEN SEGAL HUVELLE asked ATTONEY, GENE R. JOHNSON as to why he would mislead his client, GARY WEST, into believing that he was entering into a plea agreement that was for two (2) years, he stated that he was "hypothesizing."

17. Despite all of this, and the fact that GARY WEST'S former ATTONEY, GENE R. JOHNSON, admitted, **while he was on the stand and under oath,** while being cross-examined by GARY WEST'S ATTONEY, for his Plea Withdrawal Hearing, JENSEN EGERTON BARBER, that **he lied several times in his very own affidavit** that he submitted to the **COURT** and made a **part of the COURT record,** prior to the hearing, concerning the fiduciary duties any competent lawyer should have done—which JUDGE ELLEN SEGAL HUVELLE ignored, and that UNITED STATES MARSHALL LEROY HILL was ready and willing to testify

in GARY WEST'S behalf—which JUDGE ELLEN SEGAL HUVELLE adamantly refused to allow, JUDGE ELLEN SEGAL HUVELLE denied GARY WEST'S Motion to withdraw his plea, then set the matter for sentencing.

18. On or about March 1, 2002, GARY WEST was brought to COURT for a Pre-sentence Investigation Interview; because GARY WEST had withdrawn his plea and did not have an attorney, GARY WEST refused the Pre-sentence Investigation Interview. To this day, GARY WEST has never had a Pre-sentence Investigation Interview.

19. On or about March 1, 2002, a Pre-sentence Investigation Report was done in GARY WEST'S case, without any input from GARY WEST, and, to the best of GARY WEST'S knowledge, without any input or representation from any attorney representing GARY WEST.

20. On September 27, 2002, GARY WEST was handed down a sentence of twenty-seven (27) years in PRISON by JUDGE ELLEN SEGAL HUVELLE and ordered remanded to the custody of the UNITED STATES ATTORNEY GENERAL.

21. While researching his case in February of 2010, GARY WEST discovered that DENNIS ROIE, his alleged co-defendant, and supposed KEY GOVERNMENT WITNESS, was very much alive, and had been arrested sometime in or about August of 2004, in the EASTERN DISTRICT OF PENNSYLVANIA!   .

22. Even more amazing...WHEN in 2005, this same DENNIS ROIE—who, then PROSECUTOR RONALD L. WALUTES, during several Status Hearings in GARY WEST'S case, had *repeatedly* stated that *WEST'S co-defendant and Government key witness, DENNIS ROIE, was found "dead" with a gunshot wound to his head*, was sentenced by the very same judge...JUDGE ELLEN SEGAL HUVELLE, who had, on August 27, 2001, *"QUASHED"* the arrest warrant for this very same DENNIS ROIE, who *was*—supposedly—*found "dead" with a gunshot wound to his head*, to eighty (80) months in prison.

23. GARY WEST, on or about September 2010, then filed a JUDICIAL AND PROSECUTORIAL MISCONDUCT claim, which was denied by JUDGE ELLEN SEGAL HUVELLE in or about October 2010.

24. To this very day, **GARY WEST** has not been notified or made aware of, by either PROSECUTORS RONALD L. WALUTES, and/or LAURA A. INGERSOLL who took over GARY WEST'S case, or JUDGE ELLEN SEGAL HUVELLE of DENNIS ROIES existence.

25. DISTRICT OF COLUMBIA DISTRICT COURT JUDGE ELLEN SEGAL HUVELLE sentenced one man—DENNIS ROIE—a man she previously declared dead, to eighty (80) months in prison, while stifling another man—GARY WEST—in his pursuit of justice, and sentenced him to twenty-seven (27) years in prison.

26. As a result of the issues stated above, GARY WEST has been incarcerated for seventeen (17) years for crimes he did not commit; an incarceration that destroyed GARY WEST'S musical career, performing as a drummer for the late, great James Brown.

Further Affiant saith not.

## ACKNOWLEDGEMENT OF NOTARY

State of North Carolina, County of _Hertford_

Signed before me on this the _21st_ Day of the _June_ Month in the Year of Our Lord Two Thousand Sixteen C.E., by _Gary Emerson West_, who, on the basis of satisfactory evidence of identification, proved to me to be the flesh-and-blood man who PERSONALLY APPEARED, SUBSCRIBED, AVOWED, AFFIRMED, AND EXECUTED the foregoing instrument. Witness my hand and seal:

_Dyte C. Williams_

NOTARY PUBLIC

My Commission Expires _04/17/2019_

Date: _6/21/16_

Without Prejudice/Without Recourse/All Rights Reserved

LS:   _Gary Emerson West_

Gary Emerson West

Sentient, Living, Flesh-And-Blood Man

Exhibit ( )

# Dennis L Roie

Age 40-44
Lives in Philadelphia, PA
*2457 N Chadwick St Philadelphia, PA 19132-4447*
SHOW MAP

## Background Records Available for Dennis L Roie

## Background Records

Crime/Traffic
Public Record Databases
Continue To Results
Family
Relatives of Dennis Roie
View All Relatives
Phone
Landline and mobile info
View All Numbers
Email
Full email address info
View Addresses

## Additional Background Record Databases

## Additional Databases

Continue to view results
Bankruptcies
Foreclosures
Business Info
Associates
Properties
Licenses
Judgments
Liens
View Full Report

## (215) 225-2372

Verizon
Landline
VIEW MOBILE INFO

## Previous Locations

Philadelphia, PA
VIEW FULL ADDRESSES
People Dennis May Know
These people may be linked to Dennis.